Toni Meacham
Toni Meacham Attorney at Law
1420 Scooteney Road
Connell, WA 99326-5000
(509)488-3289 (Telephone)
tonipierson@rocketmail.com

Karen Budd-Falen (*Pro Hac Vice Pending*)
Budd-Falen Law Offices, LLC
300 E. 18th Street
P.O. Box 346
Cheyenne, WY 82003
(307) 632-5105 (Telephone)
(307) 637- 3891 (Facsimile)
karen@buddfalen.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>WALTER RILEY & JANE DOE RILEY, individually and as the marital community comprised thereof, d/b/a RILEY'S RIVERS RANCH ,<br><br>          Defendants. | Case No.: 2:18-cv-00024<br><br>MOTION *PRO HAC VICE* |

Pursuant to LCR 83.2 (c) of the United States District Court for the Eastern District of Washington, Karen Budd-Falen of the Budd-Falen Law Offices, LLC, hereby motions this court for *Pro Hac Vice* Admission to represent the Defendants in the above-captioned matter.

In support of this motion, undersigned counsel states the following:

1. My name is Karen Budd-Falen and I am an attorney with the Budd-Falen Law Offices, LLC, 300 E. 18th Street, P.O. Box 346, Cheyenne, WY 82003. My telephone number is 307-632-5105.

2. I am admitted to practice in the following courts:

<u>State Bars of</u>: Wyoming (8/1987), New Mexico (2/2016), and Idaho (5/2016)

<u>U.S. District Courts for the District of</u>: Wyoming (5/1987), Colorado (6/1998), Nebraska (5/2003), Idaho (5/2016), North Dakota (8/2015), District of Columbia (3/2004)

<u>US Courts of Appeals for the</u>: 7th (12/2004), 8th (10/2007), 9th (12/1998), and 10th (9/1990) Circuits, and the US Court of Appeals for the D.C. Circuit (5/2016)

U.S. Supreme Court (4/1999)

3. Toni Meacham, 1420 Scootney Road, Connell, Washington, is admitted to practice law in the State of Washington and this Court and she will be co-counsel for counsel for Defendants in this matter, and to whom I will be associated with.

4. The particular need for my appearance and participation in this matter is: My law practice is primarily focused on federal court litigation in cases involving federal agencies.

5. I understand that I am charged with knowing and complying with all applicable local rules.

6. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no disciplinary proceedings against me.

WHEREFORE, Karen Budd-Falen prays that this Court grant her Motion *Pro Hac Vice* Admission to represent Defendants in the above-captioned matter.

RESPECTFULLY SUBMITTED this 16th day of February, 2018.

        */s/Karen Budd-Falen*
        Karen Budd-Falen
        Budd-Falen Law Offices, LLC
        300 E. 18th Street
        P.O. Box 346
        Cheyenne, WY 82003
        (307) 632-5105 (Telephone)
        (307) 637- 3891 (Facsimile)
        karen@buddfalen.com

        */s/ Toni Meacham*
        Toni Meacham
        1420 Scooteney Road
        Connell, WA 99326-5000
        (509)488-3289 (Telephone)
        tonipierson@rocketmail.com

CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on this 16th day of February, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Vanessa R. Waldref
Rudy J. Verschoor
Assistant U.S. Attorneys
JOSEPH H. HARRINGTON
P.O. Box 1494
Spokane, WA 99210-1484

                                            */s/Karen Budd-Falen*_____